

```
                              FILED
                       U.S. DISTRICT COURT
                       DISTRICT OF NEBRASKA

                       2005 APR 27  AM 9:55

                        OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3047 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL ROBERT BERGE, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the Motion for a Writ of Habeas Corpus Ad Prosequendum, filing ___,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

DATED this 27th day of April, 2005.

DAVID L. PIESTER
MAGISTRATE JUDGE, U. S. DISTRICT COURT

Writ issued to USM on 4-27-05.