IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 4:05CR3047 |
| v. | ) | |
| | ) | |
| DANIEL ROBERT BERGE, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for enlargement of time, filing 15, is granted and the deadline for filing pretrial motions is extended to June 20, 2005.

DATED this 1st day of June, 2005.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge