IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:05CR3047 |
| v. | ) | |
| DANIEL ROBERT BERGE, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

A hearing was held before me on this date on allegations made in the petition for action on conditions of pretrial release, filing 18. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of the petition are true.

Regarding disposition, the government argued for detention. Defendant himself as well as counsel argued for additional opportunities for treatment. I find that detention is more appropriate under the circumstances.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing 12, is revoked, and the defendant shall be detained in the custody of the United States Marshal until an opening becomes available at The Arch in Omaha, or until a different appropriate proposal is made.

Dated June 14, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge