IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3047 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| DANIEL ROBERT BERGE, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with the Pretrial Services officer,

IT IS ORDERED that the defendant's motion for release (filing 46) is denied.

September 23, 2005.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge